**Order filed November 8, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00475-CV
_____

## IN THE MATTER OF E.Y.

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-04350J**

---

## O R D E R

The clerk's record was filed June 20, 2016. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain an amended petition (Petition No. 2015-04350J – Amended) or Summons.

The Harris County Clerk is directed to file a supplemental clerk's record on or before November 15, 2016, containing the amended petition filed in this cause as well as any summons.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM